UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NCH HEALTHCARE SYSTEM, INC.,

    Plaintiff,

v.                                          Case No.: 2:19-cv-786-FtM-38MRM

THE LEAPFROG GROUP,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is Plaintiff NCH Healthcare System, Inc.'s Motion for Temporary Injunction (Doc. 6). NCH filed this Motion in state court before Defendant The Leapfrog Group removed the case here. (Docs. 1; 6). While labeled a "Motion for Temporary Injunction," the Court construes this as a motion for temporary restraining order ("TRO").[2] At this time, the Motion is denied without prejudice for several reasons.

First, the Motion does not comply with the Federal or Local Rules. (Doc. 6). Next, the Motion was filed in state court, which applies a slightly different legal standard than federal court. *Compare Brown v. Fort Myers Reef Acquisitions, LLC*, No. 2:19-cv-739-

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

[2] The Florida Supreme Court amended Florida Rule of Civil Procedure 1.610 to remove references to temporary restraining orders. Fla. R. Civ. P. 1.610 cmt. 1984 Amend.; *Williams v. Victim Justice, P.C.*, 198 So. 3d 822, 826 n.4 (Fla. Dist. Ct. App. 2016). Now, all TROs and preliminary injunctions are called temporary injunctions. *Id.*

FtM-29MRM, 2019 WL 5168657, at *1 (M.D. Fla. Oct. 15, 2019), *with Gainesville Woman Care, LLC v. State*, 210 So. 3d 1243, 1258 (Fla. 2017). And finally, this Court is unsure whether it has jurisdiction. Leapfrog removed the case on October 30, 2019. (Doc. 1). Immediately, the Court issued an Order to show cause why the case should not be remanded for lack of jurisdiction. (Doc. 3). Because the Court does not know if jurisdiction exists, it cannot enter a TRO.

For those reasons, the Court denies the Motion without prejudice.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Temporary Injunction (Doc. 6) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of October, 2019.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record